UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by the undersigned counsel for Plaintiff Waymo LLC and Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber"), that pursuant to a confidential settlement agreement, all claims in this action are dismissed with prejudice, all parties to bear their own attorney's fees and costs.

Dated: February 8, 2018              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Charles K. Verhoeven*
    CHARLES K. VERHOEVEN

Attorneys for Plaintiff
WAYMO LLC

Dated: February 8, 2018              MORRISON & FOERSTER LLP

By: /s/ *Michael A. Jacobs*
    MICHAEL A. JACOBS

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __February 9__, 2018              _____
    The Honorable William Alsup